UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07-CR-305-D(1)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN WESLEY HARRIS | ) |
| | ) |

ORDER

This matter comes before the court on the defendant's March 23, 2017, motion to terminate the remainder of his supervised release.

On May 19, 2008, the defendant pleaded guilty to conspiring with others to distribute and to possess with intent to distribute more than 5 kilograms of cocaine and more than 10000 kilograms of marijuana, in violation of 21 U.S.C. § 846. On August 19, 2008, the court sentenced the defendant to a term of imprisonment of 84 months, 5 years' of supervised release, and imposed a $100 special assessment.

Upon recommendation of the United States Probation Office, the government does not opposes the motion. The court has reviewed the motion and considered the factors set forth in 18 U.S.C. § 3553(a)(1), (a)(2)(B)-(D), and (a)(4)-(7). The court finds termination and discharge of the defendant's term of supervised

1

release is warranted by the defendant's post-release conduct and in the interest of justice.

Therefore, the court GRANTS the defendant's motion. The defendant's term of supervised release is terminated and he is discharged from supervised release.

SO ORDERED this 4 day of April 2017.

/s/ Dever
JAMES C. DEVER, III
Chief United States District Judge

2